4 A.3d 1025

SUSAN M. BUTTITTA, ETC., ET AL., PLAINTIFF–RESPONDENT, v. ALLIED SIGNAL, INC., ET AL., DEFENDANTS, AND ASBESTOS CORPORATION, LTD., DEFENDANT–PETITIONER, AND BORG–WARNER CORPORATION, DEFENDANT.

August 3, 2010.

Denied.